NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**WSOU INVESTMENTS LLC, dba Brazos Licensing and Development,**
*Plaintiff-Appellant*

**v.**

**SALESFORCE, INC., fka salesforce.com, inc.,**
*Defendant-Appellee*

_____

2025-1234

_____

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-01170-ADA, Judge Alan D. Albright.

-------------------------------------------------

**WSOU INVESTMENTS LLC, dba Brazos Licensing and Development,**
*Plaintiff-Appellee*

**v.**

**SALESFORCE, INC., fka salesforce.com, inc.,**
*Defendant-Appellant*

_____

2025-1235

_____

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-01170-ADA, Judge Alan D. Albright.

———————————

**ON MOTION**

———————————

**CORRECTED ORDER**

WSOU Investments LLC moved to sever and stay Salesforce, Inc.'s cross-appeal, Appeal No. 2025-1235. ECF No. 23. The parties now jointly stipulate to voluntarily dismiss Appeal No. 2025-1235 pursuant to Federal Rule of Appellate Procedure 42(b). ECF No. 43.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The official captions are revised as reflected in this order, and Appeal No. 2025-1235 is voluntarily dismissed.

(2) Each side shall bear its own costs as to Appeal No. 2025-1235.

(3) ECF No. 23 is denied as moot.

(4)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this case.

FOR THE COURT



July 31, 2025
     Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to Appeal No. 2025-1235 only):  July 31, 2025